UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 64083
    LINDA JOAN RUDY
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-5909

--------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/20/05 and confirmed on 02/13/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  12217.04 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
CREDITOR NAME                CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AT&T UNIVERSAL CARD | UNSECURED | NOT FILED | .00 | .00 |
| AT&T UNIVERSAL CARD | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 297.30 | .00 | 77.23 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3731.96 | .00 | 969.42 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 306.07 | .00 | 79.51 |
| CITIBANK | UNSECURED | 9450.35 | .00 | 2454.85 |
| GROVE DENTAL ASSOC PC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | FILED LATE | .00 | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| VCA ANIMAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 20250.11 | .00 | 5260.22 |

                Summary of disbursements:
--------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 34035.79 | .00 | 34035.79 |
| PRINCIPAL PAID | .00 | .00 | 8841.23 | .00 | 8841.23 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 8841.23 | .00 | 8841.23 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $    300.00  direct and $   2700.00  through the plan.

The Trustee received $    518.77 .

Refunds to the Debtor totaled $    157.04 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 03/16/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE